UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **BUCCANEER RESOURCES, LLC, et al.** | § § § | **Case No. 14-60041** |
| Debtors. | § § § | |
| **CURTIS BURTON,** | § § § | |
| Plaintiff/Counterdefendant. | § § | **Adv. Pro. No. 15-6006** |
| vs. | § § | |
| **MERIDIAN CAPITAL INTERNATIONAL FUND, MERIDIAN CAPITAL CIS FUND, FRED M. TRESCA, RANDY A. BATES, AND BRANTA II, LLC** | § § § § § § | |
| Defendants/Counterplaintiffs. | § § § | |
| | § § | **JUDGE: DAVID R. JONES** |
| | § § § | **PARTY'S NAME: FRED M. TRESCA, RANDY A. BATES, AND BRANTA II, LLC** |
| | § § § | **ATTORNEYS' NAMES: JOSHUA W. WOLFSHOHL AND TOM KIRKENDALL** |
| | § § | **NATURE OF PROCEEDINGS:** |
| | § § § § § | Defendants' Emergency Motion to Enforce Plan Injunction and Enjoin State Court Summary Judgment Proceeding [Docket No. 86] |
| | § § § | **HEARING DATE: December 18, 2019 at 11:00 A.M.** |

**EXHIBIT LIST**

10374180v1

Defendants reserve the right to amend and/or supplement this Exhibit List.

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Settlement Order (Main Case, Doc. No. 346) | | | | | | |
| 2. | Sale Order (Main Case, Doc. No. 489) | | | | | | |
| 3. | First Amended Joint Chapter 11 Plan of Reorganization for the Debtors and Debtors-in-Possession (Main Case, Doc. No. 506) | | | | | | |
| 4. | Confirmation Order (Main Case, Doc. No. 591) | | | | | | |
| 5. | Plaintiff's Original Petition and Request for Disclosure in *Compton v. Burton, et al.*, Cause No. 2015-66898, 190th Judicial District Court of Harris County, Texas | | | | | | |
| 6. | Plaintiff's First Amended Original Complaint (Doc. No. 17) | | | | | | |
| 7. | Redline comparing Original Petition to First Amended Original Complaint (Doc. No. 20-1) | | | | | | |
| 8. | Plaintiff's Second Amended Original Complaint (Doc. No. 25) | | | | | | |
| 9. | Transcript of March 15, 2016 Hearing (Doc. No. 27) | | | | | | |
| 10. | Transcript of April 7, 2016 Hearing (Doc. No. 28) | | | | | | |
| 11. | Order of Partial Dismissal and Partial Remand (Doc. No. 34) | | | | | | |
| 12. | Motion to Amend the Court's Order of Partial Dismissal and Partial Remand (Doc. No. 37) | | | | | | |
| 13. | Order of Remand (Doc. No. 83) | | | | | | |
| 14. | Plaintiff's Traditional and No Evidence Motions for Summary Judgment (Doc. No. 86-1) | | | | | | |

10374180v1

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 15. | Plaintiff's Response to Defendants' Requests for Disclosure in in *Compton v. Meridian Capital International Fund, et al.*, Cause No. 2015-50245, 270th Judicial District Court of Harris County, Texas | | | | | | |
| 16. | June 14, 2019 Email Regarding Discovery Responses (Weining-Baker, et al.) | | | | | | |
| 17. | Any exhibit offered for admission by any other party at the hearing | | | | | | |
| 18. | Any exhibit necessary for impeachment | | | | | | |
| 19. | Any exhibit necessary for rebuttal | | | | | | |

## **WITNESS LIST**

Defendants reserve the right to amend and/or supplement this Witness List.

1. Curtis Burton
2. Any witness listed by any other party.
3. Any rebuttal or impeachment witness.

Dated:  December 16, 2019.

Respectfully submitted,

**PORTER HEDGES LLP**

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6695
(713) 226-6295 (fax)
jwolfshohl@porterhedges.com
apower@porterhedges.com
**ATTORNEYS FOR FRED TRESCA, RANDY BATES, AND BRANTA II, LLC**

3

10374180v1

## **CERTIFICATE OF SERVICE**

This will certify that on December 16, 2019, a true and correct copy of the foregoing document was forwarded by electronic mail through the Court's ECF filing system to all parties who have registered an appearance in the case.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl