# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BUCCANEER RESOURCES, L.L.C., et al., | § § | CASE NO. 14-60041 (DRJ) |
| | § | CHAPTER 11 |
| *Debtors* | § § | |
| | § | |
| CURTIS BURTON | § § § | |
| *Counter-Defendant,* | § § | |
| Vs. | § § | CIVIL ACTION NO. 15-06006 |
| MERIDIAN CAPITAL INTERNATIONAL FUND, MERIDIAN CAPITAL CIS FUND, FRED M. TRESCA, RANDY A. BATES, AND BRANTA II, L.L.C. | § § § § § § | |
| *Counter-Plaintiffs* | | |

### NOTICE OF RE-SCHEDULED SCHEDULING CONFERENCE

**TO ALL PARTIES-IN-INTEREST:**

Please take note that the scheduling conference in this proceeding that was previously scheduled for February 25, 2020 and postponed on February 24, 2020 has been re-scheduled for 2 p.m. on Wednesday, March 4, 2020 in Courtroom 400, 4th Floor, U.S. Courthouse, 515 Rusk, Houston, Texas 77002.

         Respectfully submitted,

         /s/ Tom Kirkendall
         Tom Kirkendall
         State Bar No. 11517300/SDTX No. 02287
         LAW OFFICE OF TOM KIRKENDALL
         2 Violetta Ct
         The Woodlands, Texas 77381-4550
         281.364.9946
         888.582.0646 (fax)
         bigtkirk@gmail.com

         **COUNSEL FOR MERIDIAN CAPITAL CIS FUND AND MERIDIAN CAPITAL INTERNATIONAL FUND, COUNTERPLAINTIFFS**

### CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing pleadings was served by electronic transmission to the following counsel via email and the Court's ECF system on the 2nd day of March, 2020:

Rusty Hardin
Daniel Dutko
Ryan Higgins
RUSTY HARDIN & ASSOCIATES, LLP
1401 McKinney Street, Ste. 2250
Houston, Texas 77010

**COUNSEL FOR CURTIS BURTON, COUNTER-DEFENDANT**

Joshua W. Wolfshohl
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
jwolfshohl@porterhedges.com

**COUNSEL FOR FRED TRESCA, RANDY A. BATES, AND BRANTA II, LLC, COUNTERPLAINTIFFS**

         /s/ Tom Kirkendall